ELIZABETH L. MCKEEN (S.B. #216690)
CATALINA VERGARA (S.B. #223775)
ASHLEY M. PAVEL (S.B. #267514)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendants
Ocwen Financial Corporation and
Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 2:14-cv-02597-MCE-DAD<br><br>**DECLARATION OF CATALINA J. VERGARA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: January 22, 2015<br>Time: 2:00 p.m.<br>Ctrm: 7<br>Judge: Hon. Morrison C. England, Jr. |

I, Catalina J. Vergara, hereby declare and state as follows.

1.     I am a partner with the law firm of O'Melveny & Myers LLP, and I am one of the attorneys representing defendants in the above-captioned litigation. I am over 18 years of age and have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently thereto. I make this declaration in support of Defendants' Motion to Dismiss.

2.     Attached hereto as Exhibit A is a copy of the document that appears in the Public Access to Court Electronic Records ("PACER") system for the United States District Court for the Central District of California as docket entry 41 in the proceeding captioned *Cirino v. Bank of America, N.A.*, No. 2:13-cv-008829-PSG-MRW (C.D. Cal.) and bearing an electronic stamp indicating the document was filed on October 1, 2014.

I declare under penalty of perjury under the Laws of the United States that the foregoing is true and correct.

Dated: November 28, 2014            /s/ Catalina J. Vergara
                                     Catalina J. Vergara