UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, et al.,<br><br>Defendants. | No. 2:14-cv-02597-MCE-CKD<br><br>**SCHEDULING ORDER** |

After reviewing the parties' Joint Status Report, the Court makes the following Scheduling Order.

I.  SERVICE OF PROCESS

All named Defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II.  ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.

III.  JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. sections 1331, 1332, 1961, 1962 and 1964. Jurisdiction and venue are proper.

///

///

///

1

IV. <u>PHASE I DISCOVERY</u>

The Court grants Defendants' request to bifurcate the discovery process. All discovery in Phase I shall be limited to facts that are relevant to whether this action should be certified as a class action and shall be completed by **August 25, 2016**. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court.

V. <u>CERTIFICATION MOTION HEARING SCHEDULE</u>

The hearing on the certification motion shall be **December 1, 2016, at 2:00 p.m.** All papers should be filed in conformity with the Local Rules. However, the parties shall comply with the following filing deadlines:

| | |
|---|---|
| Plaintiff's Motion | Filed not later than **October 6, 2016** |
| Defendants' Response | Filed not later than **November 3, 2016** |
| Plaintiff's Reply | Filed not later than **November 17, 2016** |

The Court places a page limit for points and authorities (exclusive of exhibits and other supporting documentation) of twenty (20) pages on all initial moving papers, twenty (20) pages on oppositions, and ten (10) pages for replies. All requests for page limit increases must be made in writing to the Court setting forth any and all reasons for any increase in page limit at least seven (7) days prior to the filing of the motion.

For the Court's convenience, citations to the Supreme Court Lexis database should include parallel citations to the Westlaw database.

VI. <u>POST-CERTIFICATION CASE ACTIVITY</u>

All other necessary dates and deadlines, including dates for the Final Pretrial Conference and Trial, along with all deadlines associated therewith, will be set by a Supplemental Pretrial Scheduling Order to be issued following the ruling on the class certification motion.

VII.  OBJECTIONS TO PRETRIAL SCHEDULING ORDER

This Scheduling Order will become final without further order of the Court unless objections are filed within seven (7) <u>court</u> days of service of this Order.

IT IS SO ORDERED.

DATED: May 3, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE