1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case Number:  2:14-cv-02597-MCE-CKD<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING CASE DEADLINES**<br><br>Action Filed:    November 5, 2014<br>Trial Date:       None Set |

Case No. 2:14-cv-02597-MCE-CKD

ORDER

The Court, having considered the Joint Stipulation to Continue Case Deadlines, filed by Plaintiff David Weiner ("Plaintiff") and Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC ("Defendants"), and finding good cause therein, hereby orders the deadlines to be continued as follows:

1. All discovery relevant to whether this action should be certified as a class action shall be completed by October 20, 2016.
2. Plaintiff's Motion for Class Certification shall be filed no later than December 1, 2016.
3. The deposition of Plaintiff's Class Certification Expert(s) shall take place during the period December 12 through 21, 2016.
4. Defendants' Opposition to Plaintiff's Motion for Class Certification shall be filed no later than January 12, 2017.
5. The deposition of Defendants' Class Certification Expert(s) shall take place during the period January 23 through February 1, 2017.
6. Plaintiff's Reply in support of his Motion for Class Certification shall be filed no later than February 9, 2017.
7. The hearing on Plaintiff's Motion for Class Certification shall be held on February 23, 2017.

**IT IS** SO **ORDERED**.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE