UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually and on behalf of other members of the public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-2597 MCE DB<br><br>ORDER |

　　　　On September 2, 2016, this matter came before the undersigned for hearing of plaintiff's motion to compel.  Attorney Mark Pifko appeared on behalf of the plaintiff and attorney James Bowman appeared on behalf of the defendants.

　　　　Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

　　　　1. The hearing of plaintiff's motion to compel is continued to **September 30, 2016** at **10:00 a.m.** in courtroom No. 27; and

/////

/////

/////

1

2.  On or before September 23, 2016, the parties shall file a complete and concise joint statement explaining the parties' meet and confer efforts as well as addressing any remaining discovery disputes.

**Dated: September 2, 2016**

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.civil\weiner2597.oah.090216

2