UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case Number:  2:14-cv-02597-MCE-DB<br><br>**CLASS ACTION**<br><br>**ORDER TO CONTINUE CASE DEADLINES**<br><br>Action Filed:　　November 5, 2014<br>Trial Date:　　　None Set |

　　　The Court, having considered the Joint Stipulation to Continue Case Deadlines, filed by Plaintiff David Weiner ("Plaintiff") and Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC ("Defendants"), and finding good cause therein, hereby orders the deadlines to be continued as follows:

///

Case No. 2:14-cv-02597-MCE-DB

ORDER

1. All discovery relevant to whether this action should be certified as a class action shall be completed by December 20, 2016.
2. Plaintiff's Motion for Class Certification shall be filed no later than January 30, 2017.
3. The deposition of Plaintiff's Class Certification Expert(s) shall take place during the period February 13 through February 22, 2017.
4. Defendants' Opposition to Plaintiff's Motion for Class Certification shall be filed no later than March 13, 2017.
5. The deposition of Defendants' Class Certification Expert(s) shall take place during the period March 20 through March 29, 2017.
6. Plaintiff's Reply in support of his Motion for Class Certification shall be filed no later than April 6, 2017.
7. The hearing on Plaintiff's Motion for Class Certification shall be held on April 20, 2017.

All other previously established dates and deadlines remain in full force and effect.

**IT IS SO ORDERED**.

Dated:  September 15, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE