UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually and on behalf of other members of the public similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, et al.,<br><br>            Defendants. | No. 2:14-cv-2597 MCE DB<br><br>ORDER |

On September 30, 2016, this matter came before the undersigned for hearing of plaintiff's motion to compel. Attorney Mark Pifko appeared on behalf of the plaintiff and attorney James Bowman appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that plaintiff's August 3, 2016 motion to compel, (ECF No. 40), re-noticed for hearing before the undersigned on August 8, 2016, (ECF No. 43), is granted to the extent that the court rules that the relevant discovery period shall date back to April 1, 2008.

////

////

1

1  Dated:  September 30, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

24  DLB:6
DLB1\orders.civil\weiner2597.oah.093016

2