ELIZABETH L. MCKEEN (S.B. #216690)
emckeen@omm.com
ASHLEY M. PAVEL (S.B. #267514)
apavel@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone:   (949) 823-6900
Facsimile:    (949) 823-6994

JAMES A. BOWMAN (S.B. #220227)
jbowman@omm.com
CATALINA J. VERGARA (S.B. # 223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants
Ocwen Financial Corporation and
Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>             Plaintiff,<br><br>       vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 2:14-cv-02597-MCE-DB<br><br>**ORDER FOR LIMITED CONTINUANCE OF CASE DEADLINES**<br><br>Action Filed:   November 5, 2014<br>Trial Date:       None Set |

      The Court, having considered the Stipulation Regarding Limited Continuance of Case Deadlines filed by defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC and plaintiff David Weiner, and finding good cause therein, hereby orders as follows:

      1.    The December 20, 2016 Phase I discovery cutoff shall be extended to January 13, 2017 for defendants only, for the limited purposes of (i) allowing defendants to pursue follow-up discovery, if required, after plaintiff's deposition, limited to depositions of individuals identified in plaintiff's testimony and/or production of documents (through any manner consistent with the Federal Rules of Civil Procedure) identified in plaintiff's testimony; and/or (ii) permitting defendants to seek relief from the Court should plaintiff fail to comply with his discovery obligations relating to his deposition; and

      2.    Any and all other Phase I discovery shall be completed by the December 20, 2016 cutoff.

      IT IS SO ORDERED.

Dated: January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE