Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone:     (818) 839-2333
Facsimile:     (818) 986-9698

*Additional Counsel Identified Below*

Attorneys for Plaintiff
DAVID WEINER, individually, and on behalf of other members of the public similarly situated

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case Number:  2:14-cv-02597-MCE-DB<br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Judge:        Hon. Morrison C. England, Jr.<br>Date:         April 20, 2017<br>Time:         2:00 PM<br>Location:     Courtroom 7<br>Trial Date:   None Set |

Case No.:  2:14-cv-02597-MCE-DB
NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

# NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 20, 2017 at 2:00 p.m., or on such date and time as may be specified by the Court, in the courtroom of the Honorable Morrison C. England, Jr., United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814, Courtroom 7, Plaintiff David Weiner ("Plaintiff"), on behalf of himself and the proposed classes and sub-classes, will and hereby do move for class certification under Federal Rules of Civil Procedure 23(a) and 23(b).

Specifically, Plaintiff seeks certification of the following class and subclasses:

**Nationwide Class:**

All residents of the United States of America who have or had a loan serviced by Ocwen Financial Corporation or Ocwen Loan Servicing, LLC and who paid for one or more Broker Price Opinions or Hybrid Valuations charged by Ocwen Financial Corporation or Ocwen Loan Servicing, LLC through Altisource, from November 5, 2010 through the present.

**California Paid Sub-Class:**

All residents of the State of California who have or had a loan serviced by Ocwen Financial Corporation or Ocwen Loan Servicing, LLC and who paid for one or more Broker Price Opinions or Hybrid Valuations charged by Ocwen Financial Corporation or Ocwen Loan Servicing, LLC through Altisource, from November 5, 2010 through the present.

**California Assessed Sub-Class:**

All residents of the State of California who have or had a loan serviced by Ocwen Financial Corporation or Ocwen Loan Servicing, LLC and to whom charges for one or more Broker Price Opinions or Hybrid Valuations were assessed to their mortgage account by Ocwen Financial Corporation or Ocwen Loan Servicing, LLC through Altisource, from November 5, 2010 through the present.

Plaintiff requests that the Court certify his claims as follows: (1) RICO claims on behalf of the nationwide class; (2) California Unfair Competition Law claims on behalf of the California paid and assessed subclasses; and (3) his unjust enrichment claims on behalf of the California paid subclass.[1]

Each of the four requirements under Rule 23(a) are met. The proposed classes include at least tens of thousands of consumers, which is more than sufficient to establish numerosity. The commonality requirement is readily satisfied because the class members' claims depend upon a common contention

---

[1] Although he is not seeking class certification for all of the claims asserted in his Complaint, Plaintiff continues to seek relief with respect to the other allegations on an individual basis.

which is capable of classwide resolution.  Further, Plaintiff's claims are typical of the claims of members of the class -- all arise from Defendants' uniform illegal practices.  Finally, Rule 23(a)(4)'s adequacy of representation requirement is also satisfied.  Plaintiff does not have any conflict of interest with the proposed classes, and Plaintiff and his counsel will prosecute the action vigorously on behalf of the classes.

Class certification also is appropriate under Rule 23(b)(3).  Regarding each of the causes of action which are the subject of Plaintiff's motion for class certification, common issues predominate over any individual questions.  Moreover, under the circumstances, a class action is the superior method of adjudication.  Finally, class certification of a Rule 23(b)(2) class seeking injunctive relief under California's UCL is warranted, because the pertinent claims all arise from Defendants' uniform practices and, therefore, satisfy the cohesiveness requirement.

Accordingly, Plaintiff respectfully moves for an order:  (1) certifying the proposed classes under Rule 23(a), Rule 23(b)(2), and Rule 23(b)(3); (2) appointing Plaintiff David Weiner as a representative for the classes and sub-classes; and (3) appointing Plaintiff's Counsel as Class Counsel.  This motion is based upon this Notice of Motion, the concurrently-filed memorandum of points and authorities in support thereof, the Declaration of Mark Pifko in Support of Plaintiff's Motion for Class Certification, all of the papers and pleadings on file in this action, and upon such other and further evidence as the Court may be presented at the time of the hearing.

Dated: January 30, 2017

BARON & BUDD, P.C.

By: /s/ Mark Pifko
    Mark Pifko

Daniel Alberstone (SBN 105275)
Roland Tellis (SBN 186269)
Mark Pifko (SBN 228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

Philip F. Cossich, Jr. (to be admitted *pro hac vice*)
David A. Parsiola (to be admitted *pro hac vice*)
COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

Attorneys for Plaintiff
DAVID WEINER, individually, and on behalf of other members of the public similarly situated