UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>      Plaintiff,<br> vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>      Defendants. | Case Number:  2:14-cv-02597-MCE-DB<br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE CERTAIN PORTIONS OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge:  Hon. Morrison C. England, Jr.<br>Date:   April 20, 2017<br>Time:   2:00 PM<br>Location: Courtroom 7<br>Trial Date: None Set |

The Court, having considered Plaintiff David Weiner's ("Plaintiff") Request to File Portions of Plaintiff's Motion for Class Certification under Seal Pursuant to Local Rule 141, in addition to the supporting declaration submitted to support that motion, and good cause appearing therefore, hereby orders that:

Plaintiff's Request to File Portions of Plaintiff's Motion for Class Certification under Seal Pursuant to Local Rule 141 is **GRANTED.** The following unredacted documents shall be filed under Seal pursuant to Local Rule 141 and the Stipulated Protective Order entered in this case on August 17, 2015 (Dkt. 19):

1. Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification;
2. Declaration of Mark Pifko in Support of Plaintiff's Motion for Class Certification; and
3. Exhibits 1-20 to the Declaration of Mark Pifko.

**IT IS SO ORDERED**

**Dated:  January 31, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Case No.:  2:14-cv-02597-MCE-DB
ORDER RE:  REQUEST TO FILE DOCUMENTS UNDER SEAL