ELIZABETH L. MCKEEN (S.B. #216690)
emckeen@omm.com
ASHLEY M. PAVEL (S.B. #267514)
apavel@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone:    (949) 823-6900
Facsimile:    (949) 823-6994

JAMES A. BOWMAN (S.B. #220227)
jbowman@omm.com
CATALINA J. VERGARA (S.B. # 223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants
Ocwen Financial Corporation
and Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 2:14-cv-02597-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND PAGE LIMIT FOR DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

The Court, having received and considered Defendant's Request to Extend Page Limit for Defendants' Opposition to Motion for Class Certification along with Plaintiff's Opposition to said Request, and good cause appearing therefor, hereby ORDERS as follows:

1. Defendants shall be permitted up to twenty-five (25) pages for their Opposition to Plaintiff's Motion for Class Certification. Plaintiff's Reply, in turn, may be up to fifteen (15) pages in length in light of the extended Opposition.

IT IS SO ORDERED.

DATED: March 8, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE