UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case Number: 2:14-cv-02597-MCE-DB<br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE CERTAIN PORTIONS OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Date: April 20, 2017<br>Time: 2:00 PM<br>Location: Courtroom 7<br>Trial Date: None Set |

| | |
|---|---|
| 1 | The Court, having considered Plaintiff David Weiner's ("Plaintiff") Request to File |
| 2 | Portions of Plaintiff's Reply in Support of Motion for Class Certification under Seal |
| 3 | Pursuant to Local Rule 141, in addition to the supporting declaration submitted to support |
| 4 | that motion, and good cause appearing therefore, hereby orders that: |
| 5 | Plaintiff's Request to File Portions of Plaintiff's Reply in Support of Motion for |
| 6 | Class Certification under Seal Pursuant to Local Rule 141 is **GRANTED.** The following |
| 7 | unredacted documents shall be filed under Seal pursuant to Local Rule 141 and the |
| 8 | Stipulated Protective Order entered in this case on August 17, 2015 (Dkt. 19): |

1. Plaintiff's Reply in Support of Motion for Class Certification;
2. Declaration of Mark Pifko in Support of Plaintiff's Reply in Support of Motion for Class Certification; and
3. Exhibits 21-28 to the Declaration of Mark Pifko.

**IT IS SO ORDERED**

**Dated: April 12, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE