ELIZABETH L. MCKEEN (S.B. #216690)
emckeen@omm.com
ASHLEY M. PAVEL (S.B. #267514)
apavel@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

JAMES A. BOWMAN (S.B. #220227)
jbowman@omm.com
CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants
Ocwen Financial Corporation
and Ocwen Loan Servicing, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:14-cv-02597-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE CERTAIN PORTIONS OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION UNDER SEAL PURSUANT TO LOCAL RULE 141** |

This Court, having considered defendants Ocwen Financial Corporation and Ocwen Loan Servicing LLC's (collectively "defendants") Request to File Certain Portions Of Defendants' Opposition to Motion for Class Certification Under Seal Pursuant to Local Rule 141 ("Defendants' Request"), and good case appearing therefor, hereby ORDERS as follows:

Defendants' Request to File Certain Portions of Defendants' Opposition to Motion for Class Certification Pursuant to Local Rule 141 is GRANTED. The following documents or portions thereof identified in Defendants' Request shall be filed under Seal pursuant to Local Rule 141 and the Stipulation and Protective Order issued by this Court on August 17, 2015 (Dkt. 19):

1. Defendants' Opposition to Motion for Class Certification;
2. Exhibits 1–9 to the McKeen Declaration in Support of Defendants' Opposition to Motion for Class Certification;
3. Declaration of Jason Jastrzemski in Support of Defendants' Opposition to Motion for Class Certification ("Jastrzemski Declaration");
4. Exhibits 1–9 to the Jastrzemski Declaration;
5. Exhibit A to the Declaration of William G. Hamm in Support of Defendants' Opposition to Motion for Class Certification ("Hamm Declaration");  and
6. Exhibit A to the Declaration of Neil Librock in Support of Defendants' Opposition to Motion for Class Certification ("Librock Declaration").

IT IS SO ORDERED.

Dated: July 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE