UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:14-cv-02597-MCE-DB<br>**CLASS ACTION**<br><br>**ORDER RE PLAINTIFF'S UNOPPOSED MOTION TO UNSEAL COURT'S ORDER ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>The Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor |

The Court, having considered Plaintiff's Unopposed Motion To Unseal the Court's Order On Plaintiff's Motion For Class Certification, and finding good cause, hereby **GRANTS** Plaintiff's Motion and finds that the Memorandum and Order Granting Class Certification (Dkt. 102) is not required to be maintained under seal. Therefore, the Court **ORDERS** the clerk of the Court to file the Memorandum and Order Granting Class Certification (Dkt. 102) on the public docket.

**IT IS SO ORDERED.**

Dated: February 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE