UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, et al.,<br><br>Defendants. | No. 2:14-cv-2597 MCE DB<br><br><br>ORDER |

On January 8, 2018, plaintiff filed an amended motion to compel. (ECF No. 106.) The motion is noticed for hearing before the undersigned on February 16, 2018. On February 9, 2018, the parties' filed a joint statement re discovery disagreement. (ECF No. 113.) The parties' joint statement consists of thirty pages, excluding exhibits. Joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits, as explained in the undersigned's Standard Information re discovery disputes set forth on the court's web page.[1] See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db

---

[1] Only exhibits are excluded from the twenty-five page limit. Pages such as the title page, table of contents, or signature page count toward the twenty-five page limit.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The February 16, 2018 hearing of plaintiff's motion to compel (ECF No. 106) is continued to **Friday, March 9, 2018,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

2. On or before March 2, 2018, the parties shall file a joint statement that complies with the Local Rules and the undersigned's Standard Information.[2]

Dated: February 12, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\weiner2597.pl.cont.hrg.ord

---

[2] The parties' joint statement asks that "the Court enter a Scheduling Order establishing deadlines for the collection of ESI, the beginning of document production, and the substantial completion of document production, in addition to establishing a discovery cut-off." (ECF No. 113 at 27.) The parties' are advised that the undersigned may not set a schedule in this action and all such requests must be made to the assigned District Judge.