ELIZABETH L. MCKEEN (S.B. 216690)
emckeen@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

JAMES A. BOWMAN (S.B. 220227)
jbowman@omm.com
CATALINA J. VERGARA (S.B. 223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants
Ocwen Financial Corporation
and Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | No. 2:14-cv-02597-MCE-DB<br><br>**JOINT STIPULATED REQUEST TO CONTINUE HEARING DATE ON PLAINTIFF'S AMENDED MOTION TO COMPEL AND ORDER** |

WHEREAS, pursuant to the Court's order filed February 13, 2018 (Dkt. 114), the date for the hearing regarding Plaintiff's Amended Motion to Compel, originally scheduled for February 16, 2018 was continued to March 9, 2018 at 10:00 a.m.;

WHEREAS, counsel for Defendants contends that due to preexisting commitments, the attorneys representing Defendant are not available to attend the hearing on March 9, 2018;

WHEREAS, counsel for Defendants contends that Elizabeth McKeen is not available because she will be arguing a motion to dismiss in another matter on March 9, 2018;

WHEREAS, counsel for Defendants contends that Catalina Vergara is not available because she will be out of town for another matter on March 9, 2018;

WHEREAS, counsel for Defendants contends that Jim Bowman is not available because he will be out of town for another matter on March 9, 2018;

WHEREAS, the parties have continued to exchange written communications and met and conferred by phone in an attempt to resolve the issues at the center of Plaintiff's amended motion, but determined on March 1, 2018 that the dispute could not be resolved, rendering this hearing necessary;

WHEREAS, the parties have met and conferred and agreed that a short continuance of the hearing on Plaintiff's amended motion is appropriate given the above-mentioned conflicts;

WHEREAS, counsel for Defendants contend that they confirmed with the Court's deputy on March 2, 2018 that the Court has an open hearing date on March 23, 2018;

WHEREAS, Plaintiff is agreeable to Defendants' requested continuance to March 23, but only if the Court is available then. Alternatively, Plaintiff's counsel is available on March 16.

NOW THEREFORE, the parties stipulate and agree as follows:

1. The March 9, 2018 hearing regarding Plaintiff's Amended Motion to Compel will be continued to March 23, 2018 at 10:00 a.m.

Dated: March 2, 2018

                               ELIZABETH L. MCKEEN
                               JAMES A. BOWMAN
                               CATALINA J. VERGARA
                               O'MELVENY & MYERS LLP

                               By:       /s/ Catalina J. Vergara
                                             Catalina J. Vergara
                               Attorneys for Defendants
                               Ocwen Financial Corporation and
                               Ocwen Loan Servicing, LLC


                               BARON & BUDD, P.C.


                               By:       /s/ Mark Pifko
                                             Mark Pifko
                              (as authorized on 3/2/2018)

                              Daniel Alberstone (SBN 105275)
                              dalberstone@baronbudd.com
                              Roland Tellis (SBN 186269)
                              rtellis@baronbudd.com
                              Mark Pifko (SBN 228412)
                              mpifko@baronbudd.com
                              Michael Isaac Miller (SBN 266459)
                              imiller@baronbudd.com
                              Baron & Budd, P.C.
                              15910 Ventura Boulevard, Suite 1600
                              Encino, California 91436
                              Telephone: (818) 839-2333
                              Facsimile: (818) 986-9698

                              Philip F. Cossich, Jr.
                              (to be admitted *pro hac vice*)
                              David A. Parsiola
                              (to be admitted *pro hac vice*)
                              Cossich, Sumich, Parsiola & Taylor, L.L.C.
                              8397 Highway 23, Suite 100
                              Belle Chasse, Louisiana 70037
                              Telephone: (504) 394-9000
                              Facsimile: (504) 394-9110

                              Attorneys for Plaintiff
                              DAVID WEINER, individually, and on behalf of other members of the general public similarly situated

# **ORDER**

IT IS HEREBY ORDERED that:

1. Pursuant to the parties' stipulation, (ECF No. 116), the March 9, 2018 hearing of the plaintiff's amended motion to compel is continued to March 23, 2018; and

2. On or before March 16, 2018, the parties shall file an updated joint statement re discovery disagreement reflecting additional meet and confer efforts.

Dated: March 6, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\weiner2597.stip.cont.disc.ord