1 Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
2 Roland Tellis (SBN 186269)
rtellis@baronbudd.com
3 Mark Pifko (SBN 228412)
mpifko@baronbudd.com
4 BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
5 Encino, CA 91436
6 Telephone: (818) 839-2333
Facsimile: (818) 986-9698
7
8
9
10
11
12 Attorneys for PLAINTIFF and THE
CERTIFIED CLASS
13

Elizabeth L. McKeen (SBN 105275)
emckeen@omm.com
Catalina J. Vergara (SBN 223775)
cvergara@omm.com
Ashley M. Pavel (SBN 267514)
apavel@omm.com
James A. Bowman (SBN 220227)
jbowman@omm.com
Erika M. Rasch (SBN 275815)
erasch@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION
and OCWEN LOAN SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case Number: 2:14-cv-02597-MCE-DB<br>**CLASS ACTION**<br><br>**JOINT STIPULATION REGARDING ESI COLLECTION, PRETRIAL DISCOVERY, ADR, AND PRETRIAL SCHEDULE; ORDER THEREON**<br><br>Action Filed: November 5, 2014<br>Trial Date: None Set |

Case No. 2:14-cv-02597-MCE-DB
JOINT STIPULATION REGARDING ESI COLLECTION, PRETRIAL DISCOVERY, ADR, AND PRETRIAL
SCHEDULE AND [PROPOSED] ORDER

Plaintiff David Weiner ("Plaintiff") and Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC ("Defendants") (collectively, the "Parties," and each individually, a "Party"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on May 4, 2016, the Court issued a Scheduling Order (Dkt. 36) bifurcating class certification ("Phase I Discovery") and merits discovery, establishing a cut-off for Phase I Discovery, setting a briefing schedule for Plaintiff's Motion for Class Certification, and establishing that "[a]ll other necessary dates and deadlines, including dates for the Final Pretrial Conference and Trial, along with all deadlines associated therewith, will be set by a Supplemental Pretrial Scheduling Order to be issued following the ruling on the class certification motion" (Dkt. 36 at 2:25-28);

WHEREAS, on September 29, 2017, the Court issued an Order granting Plaintiff's Motion for Class Certification (Dkt. 102);

WHEREAS, on January 26, 2018, the Ninth Circuit Court of Appeal denied Defendants' petition for permission to appeal this Court's Class Certification Order (*See Weiner v. Ocwen Financial Corporation*, Case No. 17-80208, Dkt. No. 4 (9th. Cir. Jan. 26, 2018)); and

WHEREAS, the Parties have met and conferred regarding the production of electronically stored information ("ESI"), depositions, mediation and pretrial motions, and the schedule for all necessary pretrial dates and deadlines for this action.

/ / /

/ / /

/ / /

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by Plaintiff and Defendants that the Court enter an Order confirming the Parties' Joint Stipulation Regarding ESI Protocol, Pretrial Discovery, ADR and Pretrial Schedule as follows:

### ESI Protocol

The Parties agree to the collection and production of ESI in phases. The first phase of ESI collection and production will begin with Defendants' collection of ESI from the following custodians: William Erbey, Ronald Farris, William Shepro, S.P. Ravi, and Marcello G. Cruz (the "Phase 1 Custodians"). A second phase of collection and production will include additional custodians hereafter identified by Plaintiff and negotiated by the Parties. The Parties agree to negotiate their ESI protocol, under a deadline described below, as part of the Scheduling Order. The Parties acknowledge that Plaintiff will negotiate the production of ESI and other documents from non-parties, including Altisource separately, and that the timing and limitations in this Stipulation do not apply to any discovery sought by Plaintiff from non-parties, including Altisource. Additionally, to avoid any confusion, the timing and limitations in this Stipulation do not apply to any discovery sought by Plaintiff from William Erbey and William Shepro, including any deposition and/or document subpoenas directed to William Erbey and William Shepro.

### Mediation

The Parties agree to participate in private mediation before a mutually acceptable mediator during the month of July 2018.

### Pretrial Motion Protocol

The Parties agree that other than discovery-related motions, no motions of any kind will be filed by any Party prior to the completion of July mediation, unless the Parties' mutually agree in writing. After the completion of the July mediation, the filing of dispositive motions will be governed by the scheduled laid out below (unless modified by the Court), and any other pretrial filings and motions will be dictated by the trial date, the

date of the final pretrial conference, and the Eastern District Local Rules.

## **Scheduling Order**

The Parties agree to the following proposed case schedule, subject to Court approval:

| | |
|---|---|
| Deadline to Negotiate ESI Protocol: | March 30, 2018 |
| Deadline to Begin Production of Documents/ESI from Phase 1 Custodians: | April 30, 2018 |
| Deadline for Substantial Completion of Production of Documents/ESI from Phase 1 Custodians: | May 31, 2018 |
| Completion of Initial Deposition Period:<br>　　Limited to no more than five depositions, but not Ronald Farris, and no 30(b)(6) depositions of Ocwen. | June 30, 2018 |
| Mediation Completion Date: | July 30, 2018 |
| Commencement of Subsequent Deposition Period:<br>　　No restrictions on depositions, beyond those limits set by the governing rules of procedure. Plaintiff may take depositions of any witnesses, including, but not limited to, Mr. Farris and 30(b)(6) designees of Ocwen. | July 30, 2018 |
| Deadline for the Parties to Agree on Phase 2 Custodians: | July 31, 2018 |
| Deadline for Substantial Completion of Production of Documents/ESI from Phase 2 Custodians: | September 14, 2018 |
| Fact Discovery Cut-Off: | December 14, 2018 |
| Expert Disclosure: | February 1, 2019 |
| Completion of Expert Discovery: | March 29, 2019 |
| Filing Date for Dispositive Motions: | April 26, 2019 |

| | |
|---|---|
| Filing Date for Opposition to Dispositive Motions: | May 24, 2019 |
| Filing Date for Reply in Support of Dispositive Motions: | June 21, 2019 |
| Final Pretrial Conference: | August 26, 2019 |
| Trial: | September 30, 2019 |

IT IS SO STIPULATED.

Dated: March 16, 2018          BARON & BUDD, P.C.

By: /s/ Mark Pifko

Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard , Suite 1600
Encino, California  91436
Telephone:  (818) 839-2333
Facsimile:   (818) 986-9698

Attorneys for PLAINTIFF and THE CERTIFIED CLASS

| | | |
|---|---|---|
| Dated: March 16, 2018 | | O'MELVENY & MYERS LLP |
| | | By: /s/ Catalina J. Vergara |

Elizabeth L. McKeen (SBN 105275)
emckeen@omm.com
Catalina J. Vergara (SBN 223775)
cvergara@omm.com
Ashley M. Pavel (SBN 267514)
apavel@omm.com
James A. Bowman (SBN 220227)
jbowman@omm.com
Erika M. Rasch (SBN 275815)
erasch@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION
and OCWEN LOAN SERVICING, LLC

## **ORDER**

Having reviewed the Parties foregoing stipulation, and good cause appearing, the Court adopts its provisions, except that no trial or final pretrial conference will be set at this time.

The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion. If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of discovery and the notice must include statements of intent to forgo the filing of dispositive motions. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special

5  Case No. 2:14-cv-02597-MCE-DB
JOINT STIPULATION REGARDING ESI COLLECTION, PRETRIAL DISCOVERY, ADR, PRETRIAL SCHEDULE, AND [PROPOSED] ORDER

procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

**IT IS SO ORDERED.**

Dated: March 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE