UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case Number: 2:14-cv-02597-MCE-DB<br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Date: May 31, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 7<br>Action Filed: November 5, 2014<br>Trial Date: None Set |

The Court, having considered Plaintiff David Weiner's ("Plaintiff") Request to File Portions of Plaintiff's Motion to Compel Defendants' to Produce Contact Information of Potential Class Members to Facilitate Class Notice, For Approval of Forms of Class Notice, and Request for Sanctions ("Plaintiff's Motion") under Seal Pursuant to Local Rule 141, in addition to the supporting declaration submitted to support that motion, and good cause appearing therefore, hereby orders that:

Plaintiff's Request to File Portions of Plaintiff's Motion under Seal Pursuant to Local Rule 141 is **GRANTED**. The following unredacted documents shall be filed under Seal pursuant to Local Rule 141 and the Stipulated Protective Order entered in this case on August 17, 2015 (Dkt. 19):

1. Memorandum of Points and Authorities in Support of Plaintiff's Motion;

2. Declaration of Mark Pifko in Support of Plaintiff's Motion; and

3. Exhibits A-I to the Declaration of Mark Pifko.

IT IS SO ORDERED.

Dated: May 16, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE