Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

Attorneys for Plaintiff
DAVID WEINER and the CERTIFIED CLASS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:14-cv-02597-MCE-DB<br>**CLASS ACTION**<br><br>**ORDER REGARDING DEPOSITION OF WILLIAM ERBEY**<br><br>The Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor |

The Court, having considered the stipulation filed by the parties in the above-captioned action and deposition subpoena recipient William Charles Erbey ("Erbey"), and finding good cause therein, hereby orders as follows:

(1) Erbey, having been effectively served by Plaintiff with a valid deposition subpoena and having provided his express consent to the jurisdiction of this Court concerning the subpoena, is subject to the jurisdiction of this Court for purposes of enforcing the deposition subpoena issued by Plaintiff and any subsequent agreements made by the parties, or orders entered by the Court in connection with the subpoena; and

(2) Erbey's deposition shall be held on August 21, 2018 at 9:30 a.m. at Podhurst Orseck, P.A. SunTrust International Center One S.E. 3rd Avenue, Suite 2300 Miami, Florida 33131.

IT IS SO ORDERED.

Dated: June 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE