Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

Attorneys for Plaintiff
DAVID WEINER and the CERTIFIED CLASS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:14-cv-02597-MCE-DB<br>**CLASS ACTION**<br><br>**ORDER RE MOTION TO STRIKE STIPULATION REGARDING DEPOSITION OF WILLIAM ERBEY [DKT. NO. 138]**<br><br>The Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor |

1     The Court, having considered the Motion To Strike Stipulation Regarding Deposition Of William Erbey (Dkt. No. 138) finding good cause therein, hereby orders Docket 138 is STRICKEN.

    IT IS SO ORDERED.

Dated: June 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE