Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

Melinda L. Haag (SBN 132612)
mhaag@orrick.com
Randy S. Luskey (SBN 240915)
rluskey@orrick.com
Jennifer C. Lee (SBN 268021)
jlee@orrick.com
Richard A. Jacobsen (*Pro Hac Vice*)
rjacobsen@orrick.com
Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700

Attorneys for Plaintiff
DAVID WEINER, individually, and on
behalf of other members of the general
public similarly situated

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION
and OCWEN LOAN SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case Number: 2:14-cv-02597-MCE-DB<br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE CASE DEADLINES; ORDER THEREON**<br><br>Action Filed: November 5, 2014<br>Trial Date: None Set |

Plaintiff David Weiner ("Plaintiff") and Defendants Ocwen Financial Corporation ("OFC") and Ocwen Loan Servicing, LLC ("OLS") (collectively, "Defendants") (together, the "Parties") in the above-captioned action by and through their respective

counsel of record, file this Joint Stipulation to Amend the Court's Scheduling Order and Continue Case Deadlines.

WHEREAS, on March 20, 2018, the Court entered the Parties' Joint Stipulation Regarding ESI Collection, Pretrial Discovery, ADR, and Pretrial Schedule (the "Scheduling Order") (Dkt. 120);

WHEREAS, the Scheduling Order set the following deadlines:

| Event | Deadline |
|---|---|
| Fact Discovery Cut-off | December 14, 2018 |
| Expert Disclosure | February 1, 2019 |
| Completion of Expert Discovery | March 29, 2019 |
| Filing Date for Dispositive Motions | April 26, 2019 |
| Filing Date for Opposition to Dispositive Motions | May 24, 2019 |
| Filing Date for Reply in Support of Dispositive Motions | June 21, 2019 |
| Final Pretrial Conference | None Set |
| Trial | None Set |

WHEREAS, the Parties have worked diligently to complete fact discovery by December 14, 2018, the deadline set by the Court. However, due to unforeseen circumstances, and as a result of the Parties' good faith meet and confer efforts, fact discovery cannot be completed until February 20, 2019, which follows the current date of initial expert disclosures;

WHEREAS, the Parties agree that the initial exchange of expert disclosures should occur following the completion of fact discovery;

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the Parties that the Court amend its March 20, 2018 Scheduling Order as follows:

| Event | Deadline | Proposed |
|---|---|---|
| Fact Discovery Cut-off | December 14, 2018 | February 20, 2019 |
| Expert Disclosures | February 1, 2019 | March 6, 2019 |
| Initial Expert Depositions | None Set | March 27, 2019 |
| Disclosure of Expert Rebuttal Reports | None Set | April 15, 2019 |
| Depositions of Experts Concerning Rebuttal Reports | None Set | May 3, 2019 |
| Completion of Expert Discovery | March 29, 2019 | May 3, 2019 |
| Filing Date for Dispositive Motions | April 26, 2019 | May 31, 2019 |
| Filing Date for Opposition to Dispositive Motions | May 24, 2019 | June 28, 2019 |
| Filing Date for Reply in Support of Dispositive Motions | June 21, 2019 | July 26, 2019 |
| Final Pretrial Conference | None Set | None |
| Trial | None Set | None |

**IT IS SO STIPULATED**

Dated:  January 14, 2019          BARON & BUDD, P.C.

                                By:  /s/ Daniel Alberstone
                                     Daniel Alberstone

                                     Daniel Alberstone (SBN 105275)
                                     dalberstone@baronbudd.com
                                     Roland Tellis (SBN 186269)
                                     rtellis@baronbudd.com
                                     Mark Pifko (SBN 228412)
                                     mpifko@baronbudd.com
                                     Peter Klausner (SBN 271902)
                                     pklausner@baronbudd.com
                                     Baron & Budd, P.C.
                                     15910 Ventura Boulevard , Suite 1600
                                     Encino, California  91436
                                     Telephone:  (818) 839-2333

                                     Attorneys for Plaintiff

DAVID WEINER, individually, and on behalf of other members of the general public similarly situated

Dated: January 14, 2019

ORRICK HERRINGTON & SUTCLIFFE

By: /s/ Randy Luskey

Melinda L. Haag (SBN 132612)
mhaag@orrick.com
Randy S. Luskey (SBN 240915)
rluskey@orrick.com
Jennifer C. Lee (SBN 268021)
jlee@orrick.com
Richard A. Jacobsen (*Pro Hac Vice*)
rjacobsen@orrick.com
Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION
and OCWEN LOAN SERVICING, LLC

**IT IS SO ORDERED.**

**Dated: January 16, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

<u>Local Rule 131 Attestation</u>

I attest that counsel at Orrick, Herrington & Sutcliffe LLP concur in this filing's content and has authorized the filing.

Dated: January 14, 2019                    By:  /s/ Daniel Alberstone
                                                 Daniel Alberstone