| | |
|---|---|
| Daniel Alberstone (SBN 105275)<br>dalberstone@baronbudd.com<br>Roland Tellis (SBN 186269)<br>rtellis@baronbudd.com<br>Mark Pifko (SBN 228412)<br>mpifko@baronbudd.com<br>Peter Klausner (SBN 271902)<br>pklausner@baronbudd.com<br>BARON & BUDD, P.C.<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436<br>Telephone: (818) 839-2333<br><br>Attorneys for Plaintiff<br>DAVID WEINER, individually, and on behalf of other members of the general public similarly situated | Melinda L. Haag (SBN 132612)<br>mhaag@orrick.com<br>Randall S. Luskey (SBN 240915)<br>rluskey@orrick.com<br>Jennifer C. Lee (SBN 268021)<br>jlee@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br><br>Richard A. Jacobsen (SBN 4282182)<br>(*Pro Hac Vice*)<br>rjacobsen@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151<br><br>Attorneys for Defendants<br>OCWEN FINANCIAL CORPORATION and OCWEN LOAN SERVICING, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 2:14-cv-02597-MCE-DB<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE CASE DEADLINES; ORDER THEREON**<br><br>Action Filed: November 5, 2014<br>Trial Date: None Set |

Plaintiff David Weiner ("Plaintiff") and Defendants Ocwen Financial Corporation ("OFC") and Ocwen Loan Servicing, LLC ("OLS") (collectively, "Defendants") (together, the "Parties") in the above-captioned action, by and through their respective counsel of record, file this Joint Stipulation to Amend the Court's Scheduling Order and Continue Case Deadlines.

WHEREAS, on March 20, 2018, the Court entered the Parties' Joint Stipulation Regarding ESI Collection, Pretrial Discovery, ADR, and Pretrial Schedule (the "Scheduling Order") (Dkt. 120);

WHEREAS, on January 16, 2019, the Court entered the Parties' Joint Stipulation to Amend Scheduling Order and Continue Case Deadlines (the "Amended Scheduling Order") (Dkt. 151);

WHEREAS, the Amended Scheduling Order set the following deadlines:

| Event | Deadline |
| --- | --- |
| Initial Expert Depositions | March 27, 2019 |
| Disclosure of Expert Rebuttal Reports | April 15, 2019 |
| Depositions of Experts Concerning Rebuttal Reports | May 3, 2019 |
| Completion of Expert Discovery | May 3, 2019 |
| Filing Date for Dispositive Motions | May 31, 2019 |
| Filing Date for Opposition to Dispositive Motions | June 28, 2019 |
| Filing Date for Reply in Support of Dispositive Motions | July 26, 2019 |

WHEREAS, the Parties have exchanged five expert reports and have worked diligently to schedule all initial expert depositions by March 27, 2019. However, due to unforeseen circumstances regarding scheduling, and as a result of the Parties' good faith meet and confer efforts, initial expert depositions cannot be completed until April 19, 2019, which follows the current date of disclosure of

expert rebuttal reports;

WHEREAS, the Parties agree that a modest extension of the initial expert discovery deadlines is necessary and the disclosure of expert rebuttal reports should occur following the completion of initial expert depositions; and

WHEREAS, the Defendants desire additional time for the briefing on the dispositive motions and Plaintiffs do not oppose a modest extension of the briefing deadlines on the dispositive motions.

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the Parties that the Court amend the January 16, 2019 Amended Scheduling Order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Depositions | March 27, 2019 | April 19, 2019 |
| Disclosure of Expert Rebuttal Reports | April 15, 2019 | May 6, 2019 |
| Depositions of Experts Concerning Rebuttal Reports | May 3, 2019 | May 24, 2019 |
| Completion of Expert Discovery | May 3, 2019 | May 24, 2019 |
| Filing Date for Dispositive Motions | May 31, 2019 | June 28, 2019 |
| Filing Date for Opposition to Dispositive Motions | June 28, 2019 | August 2, 2019 |
| Filing Date for Reply in Support of Dispositive Motions | July 26, 2019 | August 30, 2019 |

**IT IS SO STIPULATED.**

Dated: March 14, 2019            BARON & BUDD, P.C.

                                 By:     /s/ Daniel Alberstone
                                           Daniel Alberstone

                                 Daniel Alberstone (SBN 105275)
                                 dalberstone@baronbudd.com
                                 Roland Tellis (SBN 186269)
                                 rtellis@baronbudd.com
                                 Mark Pifko (SBN 228412)
                                 mpifko@baronbudd.com
                                 Peter Klausner (SBN 271902)
                                 pklausner@baronbudd.com
                                 BARON & BUDD, P.C.
                                 15910 Ventura Boulevard, Suite 1600
                                 Encino, CA 91436
                                 Telephone: (818) 839-2333

                                 Attorneys for Plaintiff DAVID WEINER, individually, and on behalf of other members of the general public similarly situated.


Dated: March 14, 2019            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                 By     /s/ Randall S. Luskey
                                          Randall S. Luskey

                                 Melinda L. Haag (SBN 132612)
                                 mhaag@orrick.com
                                 Randall S. Luskey (SBN 240915)
                                 rluskey@orrick.com
                                 Jennifer C. Lee (SBN 268021)
                                 jlee@orrick.com
                                 ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 405 Howard Street
                                 San Francisco, CA 94105-2669
                                 Telephone: (415) 773-5700
                                 Facsimile: (415) 773-5759

                                 Richard A. Jacobsen (SBN 4282182) (*Pro Hac Vice*)
                                 rjacobsen@orrick.com
                                 ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 51 West 52nd Street
                                 New York, NY 10019-6142
                                 Telephone: (212) 506-5000

| | |
|---|---|
| 1 | Facsimile: (212) 506-5151 |
| 2 | Attorneys for Defendants |
| 3 | OCWEN FINANCIAL CORPORATION and OCWEN LOAN SERVICING, LLC |

**IT IS SO ORDERED.**

**Dated: March 20, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE