Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA  91436
Telephone:  (818) 839-2333

Attorneys for Plaintiff
DAVID WEINER, individually, and
on behalf of other members of the
general public similarly situated

Melinda L. Haag (SBN 132612)
mhaag@orrick.com
Randall S. Luskey (SBN 240915)
rluskey@orrick.com
Jennifer C. Lee (SBN 268021)
jlee@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

Richard A. Jacobsen (SBN 4282182)
(*Pro Hac Vice*)
rjacobsen@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION
and OCWEN LOAN SERVICING, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 2:14-cv-02597-MCE-DB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS NOTICE**<br><br>Action Filed: November 5, 2014<br>Trial Date:    None Set |

Plaintiff David Weiner ("Plaintiff") and Defendants Ocwen Financial Corporation ("OFC") and Ocwen Loan Servicing, LLC ("OLS") (collectively, "Defendants") (together, the "Parties") in the above-captioned action, by and through their respective counsel of record, file this Joint Stipulation and [Proposed] Order regarding an agreed upon form of class notice to be mailed to potential class members.

WHEREAS, on September 29, 2017, this Court granted Plaintiffs' motion for class certification (Dkt. 102);

WHEREAS, on January 18, 2019, this Court ordered the parties to attempt mediation before engaging in any motion practice over class notice (Dkt. 148);

WHEREAS, over the past several months, the Parties have met and conferred about obtaining contact information for potential class members and the content of draft postcard and long form notices to be disseminated to potential class members;

WHEREAS, the Parties have agreed to the form of the postcard and long form notices attached hereto as Exhibit A and B respectively; and

WHEREAS, the Parties have agreed on a notice plan that satisfies the requirements under Rule 23.  Under the plan, notice administrator JND Legal Administration will mail the notices attached hereto as Exhibit A and B to potential class members identified by Plaintiffs using the best available contact information provided by Defendants.  In addition to the single direct mail notice, JND Legal Administration will also create and maintain a dedicated website with information about the Court's class certification Order and instructions on how to opt-out.

**IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED** by the Parties that the Court approve the draft class notices attached hereto as Exhibits A and B and Order that such notices be disseminated to potential class members as soon as practicable.

**IT IS SO STIPULATED.**

Dated:  May 28, 2019                    BARON & BUDD, P.C.


                                        By:  ___/s/ Roland Tellis___
                                                    Roland Tellis

                                        Daniel Alberstone (SBN 105275)
                                        dalberstone@baronbudd.com
                                        Roland Tellis (SBN 186269)
                                        rtellis@baronbudd.com
                                        Mark Pifko (SBN 228412)
                                        mpifko@baronbudd.com
                                        Peter Klausner (SBN 271902)
                                        pklausner@baronbudd.com
                                        BARON & BUDD, P.C.
                                        15910 Ventura Boulevard, Suite 1600
                                        Encino, CA  91436
                                        Telephone:  (818) 839-2333

                                        Attorneys for Plaintiff DAVID WEINER,
                                        individually, and on behalf of other members of the
                                        general public similarly situated.


Dated:  May 28, 2019                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        By  ___/s/ Randall S. Luskey___
                                                    Randall S. Luskey

                                        Melinda L. Haag (SBN 132612)
                                        mhaag@orrick.com
                                        Randall S. Luskey (SBN 240915)
                                        rluskey@orrick.com
                                        Jennifer C. Lee (SBN 268021)
                                        jlee@orrick.com
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        405 Howard Street
                                        San Francisco, CA  94105-2669
                                        Telephone:  (415) 773-5700
                                        Facsimile:    (415) 773-5759

                                        Richard A. Jacobsen (SBN 4282182) (*Pro Hac Vice*)
                                        rjacobsen@orrick.com
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        51 West 52nd Street
                                        New York, NY  10019-6142
                                        Telephone:  (212) 506-5000
                                        Facsimile:    (212) 506-5151

                                        Attorneys for Defendants
                                        OCWEN FINANCIAL CORPORATION and
                                        OCWEN LOAN SERVICING, LLC

**IT IS SO ORDERED.**


**Dated:**


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE