# EXHIBIT A

## NOTICE OF CLASS ACTION

**WHO IS INCLUDED?** This class action lawsuit affects your rights if, from November 5, 2010 through the present, one of the following applies to you: (1) you are a resident of the United States of America who has or had a loan serviced by Ocwen Loan Servicing, LLC and you paid for one or more Broker Price Opinions or Hybrid Valuations, potentially identified as "property valuation expenses" on your account or (2) you are a resident of California who has or had a loan serviced by Ocwen Loan Servicing, LLC and you were charged for one or more Broker Price Opinions or Hybrid Valuations, potentially identified as "property valuation expenses" on your account.

This lawsuit is known as *Weiner v. Ocwen Financial Corp.*, Case No. 14-cv-02597, U.S. District Court for the Eastern District of California. This lawsuit is about whether mortgage servicer Ocwen Loan Servicing, LLC and its parent company Ocwen Financial Corporation (collectively "Ocwen") unlawfully charged borrowers for certain default-related service fees, including Broker Price Opinions or Hybrid Valuations, which allegedly contained undisclosed "mark-ups." The Court has allowed this lawsuit to be a class action on behalf of a "Class," or group of people, that could include you. This postcard Notice summarizes your rights and options before trial. If you meet the Class definition, you have to decide whether to stay in the Class and be bound by any result or ask to be excluded and keep your right to sue Ocwen. There are no damages available now and no guarantee that there ever will be.

**WHAT ARE MY RIGHTS AND OPTIONS?**
**Do nothing.** **Stay in this lawsuit. Await the outcome and be bound by the result of the lawsuit. Give up certain rights.** You will be legally bound by all of the orders the Court issues and judgments the Court makes in this lawsuit. If the lawsuit is successful, you will share in any money or benefits that are recovered. There is no money available now and no guarantee that there ever will be. If you stay in the case, you give up any right to sue Ocwen separately about the same legal claims as the ones in this lawsuit.

**Exclude yourself.** **Get out of this lawsuit. You will not be bound by the result of the lawsuit. Keep rights.** If you ask to be excluded from the Class, you will not be entitled to any recovery, if any is ultimately awarded, but you will be able to sue Ocwen about the same legal claims that are the subject of this lawsuit. To exclude yourself from the lawsuit, send a letter stating that you want to exclude yourself from the lawsuit to: *Weiner v. Ocwen Financial Corp.*, c/o JND Legal Administration, PO Box 91344, Seattle, WA 98111. Your exclusion request must be **postmarked no later than [MONTH DAY, 2019]**. You may also find an Exclusion Request form at the website [CASEWEBSITE].

**QUESTIONS? CALL 1-XXX-XXX-XXXX TOLL-FREE OR VISIT WWW.[CASEWEBSITE].COM**

---

## IMPORTANT NOTICE REGARDING A CLASS ACTION LAWSUIT

**If you live in the United States and have or had a loan serviced by Ocwen Loan Servicing, LLC, and you paid for Broker Price Opinions or Hybrid Valuations, or if you live in California and have or had a loan serviced by Ocwen Loan Servicing, LLC, and you were charged or paid for Broker Price Opinions or Hybrid Valuations, a class action lawsuit may affect your rights.**

*Weiner v. Ocwen Financial Corp.*
c/o JND Legal Administration
PO Box 91344
Seattle, WA 98111

List ID: OCW01234567

FIRST-CLASS
MAIL
U.S. POSTAGE
PAID
Seattle, WA
Permit No. 985

[IM Barcode]
[CLASS MEMBER NAME]
[ADDRESS_1]
[ADDRESS_2]
[CITY], [STATE]  [ZIP]