Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA  91436
Telephone:  (818) 839-2333

Attorneys for Plaintiff
DAVID WEINER, individually, and on behalf of other members of the general public similarly situated

Melinda L. Haag (SBN 132612)
mhaag@orrick.com
Randall S. Luskey (SBN 240915)
rluskey@orrick.com
Jennifer C. Lee (SBN 268021)
jlee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

Richard A. Jacobsen (SBN 4282182)
(*Pro Hac Vice*)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:  (212) 506-5000
Facsimile:   (212) 506-5151

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION and OCWEN LOAN SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>Dated:  May 31, 2019 | Case No. 2:14-cv-02597-MCE-DB<br><br>**JOINT STIPULATION RE CLASS NOTICE; ORDER THEREON**<br><br>Action Filed: November 5, 2014<br>Trial Date:    None Set |

| | |
|---|---|
| 1 | Plaintiff David Weiner ("Plaintiff") and Defendants Ocwen Financial |
| 2 | Corporation ("OFC") and Ocwen Loan Servicing, LLC ("OLS") (collectively, |
| 3 | "Defendants") (together, the "Parties") in the above-captioned action, by and |
| 4 | through their respective counsel of record, file this Joint Stipulation and [Proposed] |
| 5 | Order regarding an agreed upon form of class notice to be mailed to potential class |
| 6 | members. |
| 7 | WHEREAS, on September 29, 2017, this Court granted Plaintiffs' motion for |
| 8 | class certification (Dkt. 102); |
| 9 | WHEREAS, on January 18, 2019, this Court ordered the parties to attempt |
| 10 | mediation before engaging in any motion practice over class notice (Dkt. 148); |
| 11 | WHEREAS, over the past several months, the Parties have met and conferred |
| 12 | about obtaining contact information for potential class members and the content of |
| 13 | draft postcard and long form notices to be disseminated to potential class members; |
| 14 | WHEREAS, the Parties have agreed to the form of the postcard and long |
| 15 | form notices attached hereto as Exhibit A and B respectively; and |
| 16 | WHEREAS, the Parties have agreed on a notice plan that satisfies the |
| 17 | requirements under Rule 23.  Under the plan, notice administrator JND Legal |
| 18 | Administration will mail the notices attached hereto as Exhibit A and B to potential |
| 19 | class members identified by Plaintiffs using the best available contact information |
| 20 | provided by Defendants.  In addition to the single direct mail notice, JND Legal |
| 21 | Administration will also create and maintain a dedicated website with information |
| 22 | about the Court's class certification Order and instructions on how to opt-out. |
| 23 | **IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY** |
| 24 | **REQUESTED** by the Parties that the Court approve the draft class notices attached |
| 25 | hereto as Exhibits A and B and Order that such notices be disseminated to potential |
| 26 | class members as soon as practicable. |
| 27 | /// |
| 28 | /// |

1 | **IT IS SO STIPULATED.**

Dated:  May 28, 2019          BARON & BUDD, P.C.

By: */s/ Roland Tellis*
        Roland Tellis

Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA  91436
Telephone:  (818) 839-2333

Attorneys for Plaintiff DAVID WEINER, individually, and on behalf of other members of the general public similarly situated.

| | | |
|---|---|---|
| 1 | Dated: May 28, 2019 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By   */s/ Randall S. Luskey* |
| 4 | | Randall S. Luskey |

Melinda L. Haag (SBN 132612)
mhaag@orrick.com
Randall S. Luskey (SBN 240915)
rluskey@orrick.com
Jennifer C. Lee (SBN 268021)
jlee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Richard A. Jacobsen (SBN 4282182) (*Pro Hac Vice*)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION and
OCWEN LOAN SERVICING, LLC

**IT IS SO ORDERED.**

DATED: May 31, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE