| | |
|---|---|
| 1 | MELINDA L. HAAG (STATE BAR NO. 132612) |
| | mhaag@orrick.com |
| 2 | RANDALL S. LUSKEY (STATE BAR NO. 240915) |
| | rluskey@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 4 | San Francisco, CA 94105-2669 |
| | Telephone: (415) 773-5700 |
| 5 | Facsimile: (415) 773-5759 |
| 6 | RICHARD A. JACOBSEN (STATE BAR NO. 4282182) |
| | (PRO HAC VICE) |
| 7 | rjacobsen@orrick.com |
| | 51 West 52nd Street |
| 8 | New York, NY 10019-6142 |
| | Telephone: (212) 506-5000 |
| 9 | Facsimile: (212) 506-5151 |
| 10 | Attorneys for Defendants |
| | Ocwen Financial Corporation and |
| 11 | Ocwen Loan Servicing, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 2:14-cv-02597-MCE-DB <br><br> **ORDER GRANTING DEFENDANTS' REQUEST TO FILE CERTAIN PORTIONS OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL PURSUANT TO LOCAL RULE 141** <br><br> Judge: Hon. Morrison C. England, Jr. <br> Date: September 19, 2019 <br> Time: 2:00 pm <br> Location: Courtroom 7 <br> Action Filed: November 5, 2014 |

1     This Court, having considered defendants Ocwen Financial Corporation and Ocwen Loan

2  Servicing, LLC's (collectively, "Defendants") Request to File Certain Portions of Defendants'

3  Motion for Partial Summary Judgment Under Seal Pursuant to Local Rule 141 ("Defendants'

4  Request"), and compelling reason appearing therefor, hereby ORDERS as follows:

5     Defendants' Request to File Certain Portions of Defendants' Motion for Partial Summary

6  Judgment Under Seal Pursuant to Local Rule 141 is GRANTED.  The following documents or

7  portions thereof identified in Defendants' Request shall be filed under Seal pursuant to Local

8  Rule 141 and the Stipulation and Protective Order issued by this Court on April 25, 2019 (Dkt.

9  158):

10      1.   Defendants' Memorandum of Points and Authorities in Support of Defendants'
11           Motion for Partial Summary Judgment;
12      2.   Statement of Undisputed Facts in Support of Defendants' Motion for Partial
13           Summary Judgment;
14      3.   Declaration of Randall Luskey in Support of Defendants' Motion for Partial
15           Summary Judgment ("Luskey Declaration");
16      4.   Exhibits 1–32 to the Luskey Declaration;
17      5.   Declaration of Teresita Duran in Support of Defendants' Motion for Partial
18           Summary Judgment ("Duran Declaration");
19      6.   Exhibit 1 to the Duran Declaration;
20      7.   Declaration of Jason Jastrzemski in Support of Defendants' Motion for Partial
21           Summary Judgment ("Jastrzemski Declaration"); and
22      8.   Exhibits 1–3 to the Jastrzemski Declaration.
23      IT IS SO ORDERED.

24  Dated:  July 17, 2019

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE