UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DAVID WEINER, individually, and on behalf of other members of the public similarly situated,

Plaintiff,

vs.

OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,

Defendants.

Case Number: 2:14-cv-02597-MCE-DB

**CLASS ACTION**

**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 141**

Judge: Hon. Morrison C. England, Jr.
Location: Courtroom 7

The Court, having considered Plaintiff David Weiner's ("Plaintiff") Request to File Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment and Supporting Documents Under Seal Pursuant to Local Rule 141, in addition to the declaration submitted in support of that motion, and good cause appearing therefore, hereby orders that:

Plaintiff's Request to File Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment and Supporting Documents Under Seal Pursuant to Local Rule 141 (ECF No. 172) is **GRANTED.** The following unredacted documents shall be filed under Seal pursuant to Local Rule 141 and the Stipulated Amended Protective Order entered in this case on April 26, 2019 (Dkt. 158):

1. Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (26 pages);
2. Declaration of Mark Pifko in Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment (8 pages);
3. Exhibits 1-45 to the Declaration of Mark Pifko (645 pages);
4. Plaintiff's Response to Defendants' Statement of Undisputed Facts (40 pages); and
5. Plaintiff's Statement of Disputed Facts (11 pages).

**IT IS SO ORDERED.**

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE