1 MELINDA L. HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
2 RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
3 ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
4 San Francisco, CA 94105-2669
Telephone: (415) 773-5700
5 Facsimile: (415) 773-5759

6 RICHARD A. JACOBSEN (STATE BAR NO. 4282182)
(PRO HAC VICE)
7 rjacobsen@orrick.com
51 West 52nd Street
8 New York, NY 10019-6142
Telephone: (212) 506-5000
9 Facsimile: (212) 506-5151

10 Attorneys for Defendants
Ocwen Financial Corporation and
11 Ocwen Loan Servicing, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:14-cv-02597-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Action Filed: November 5, 2014 |

This Court, having considered defendants Ocwen Financial Corporation's and Ocwen Loan Servicing, LLC's (collectively, "Defendants") Request to File Their Reply in Support of Their Motion for Partial Summary Judgment Under Seal Pursuant to Local Rule 141 ("Defendants' Request"), and compelling reason appearing therefor, hereby ORDERS as follows:

Defendants' Request to File Their Reply in Support of Their Motion for Partial Summary Judgment Under Seal Pursuant to Local Rule 141 is GRANTED. The following documents identified in Defendants' Request shall be filed under Seal pursuant to Local Rule 141 and the Stipulation and Protective Order issued by this Court on April 25, 2019 (Dkt. 158):

1. Reply in Support of Defendants' Motion for Partial Summary Judgment;
2. Reply by Defendants to Plaintiff's Response to Defendants' Statement of Undisputed Facts;
3. Defendants' Response to Plaintiff's Statement of Disputed Facts in Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment;
4. Supplemental Declaration of Randall S. Luskey in Support of Defendants' Reply in Support of Their Motion for Partial Summary Judgment ("Supplemental Luskey Declaration"); and
5. Exhibits 1–12 to the Supplemental Luskey Declaration.

IT IS SO ORDERED.

Dated: September 10, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE