UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | No.  2:14-cv-02597-TLN-DB<br><br><br><br><br>**ORDER** |

This Court, having considered defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC's (collectively, "Defendants") Request to File Certain Portions of Defendants' Motion for Decertification Under Seal Pursuant to Local Rule 141 (ECF No. 195), and compelling reason appearing therefor, hereby ORDERS as follows:

Defendants' Request to File Certain Portions of Defendants' Motion for Decertification Under Seal Pursuant to Local Rule 141 (ECF No. 195) is GRANTED.  The portions of Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion for Decertification identified in Defendants' Request shall be filed under seal pursuant to Local Rule

141 and the Stipulation and Amended Protective Order issued by this Court on April 25, 2019 (ECF No. 158).

Dated:  September 23, 2021

_____
Troy L. Nunley
United States District Judge