UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case Number: 2:14-cv-02597-TLN-DB<br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR DECERTIFICATION AND SUPPORTING DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge:     Hon. Troy L. Nunley<br>Location:  Courtroom 2 |

Case No.: 2:14-cv-02597-TLN-DB

ORDER RE: REQUEST TO FILE DOCUMENTS UNDER SEAL

The Court, having considered Plaintiff David Weiner's Request to File Plaintiff's Opposition to Defendants' Motion for Decertification and Supporting Documents Under Seal Pursuant to Local Rule 141, in addition to the declaration submitted in support of that motion, and good cause appearing therefore, hereby orders that:

Plaintiff's Request to File Plaintiff's Opposition to Defendants' Motion for Decertification and Supporting Documents Under Seal Pursuant to Local Rule 141 is **GRANTED.** The following unredacted documents shall be filed under Seal pursuant to Local Rule 141 and the Stipulated Amended Protective Order entered in this case on April 26, 2019 (Dkt. 158):

1. Plaintiff's Opposition to Defendants' Motion for Decertification (24 pages);
2. Declaration of Mark Pifko in Support of Plaintiff's Opposition to Defendants' Motion for Decertification (3 pages); and
3. Exhibits 1–11 to the Declaration of Mark Pifko (180 pages).

**IT IS SO ORDERED**

DATED: October 15, 2021

_____
Troy L. Nunley
United States District Judge