1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID WEINER, individually, and on behalf     Case No. 2:14-cv-02597-TLN-DB
     of other members of the public similarly
12   situated,                                     **ORDER GRANTING DEFENDANTS'
                                                    REQUEST TO FILE CERTAIN
13                    Plaintiff,                    PORTIONS OF REPLY IN FURTHER
                                                    SUPPORT OF DEFENDANTS'
14           v.                                     MOTION FOR DECERTIFICATION
                                                    UNDER SEAL PURSUANT TO LOCAL
15   OCWEN FINANCIAL CORPORATION, a                 RULE 141**
     Florida corporation, and OCWEN LOAN
16   SERVICING, LLC, a Delaware limited            Judge:        Hon. Troy L. Nunley
     liability company,                            Action Filed: November 5, 2014
17
                     Defendants.
18

19

20
21
22
23
24
25
26
27
28

1    This Court, having considered defendants Ocwen Financial Corporation and Ocwen Loan

2   Servicing, LLC's (collectively, "Defendants") Request to File Certain Portions of Reply in

3   Further Support of Defendants' Motion for Decertification Under Seal Pursuant to Local Rule

4   141 ("Defendants' Request"), and compelling reason appearing therefor, hereby ORDERS as

5   follows:

6    Defendants' Request to File Certain Portions of Reply in Further Support of Defendants'

7   Motion for Decertification Under Seal Pursuant to Local Rule 141 is GRANTED.  The portions

8   of the Reply in Further Support of Defendants' Motion for Decertification identified in

9   Defendants' Request shall be filed under seal pursuant to Local Rule 141 and the Stipulation and

10   Amended Protective Order issued by this Court on April 25, 2019 (Dkt. 158).

11

12

13   IT IS SO ORDERED

14

15   Dated: October 29, 2021

16                                                          Troy L. Nunley
                                                            United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: REQUEST TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 2:14-cv-02597-TLN-DB