Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:     (818) 839-2333
Facsimile:     (818) 986-9698

Attorneys for Plaintiff
DAVID WEINER, individually, and on behalf of
the certified class of other members of the
public similarly situated

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case Number:  2:14-cv-02597-TLN-DB<br>**CLASS ACTION**<br><br>**PLAINTIFF'S RESPONSE TO OCWEN'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR DECERTIFICATION**<br><br>Judge:       Hon. Troy L. Nunley<br>Location:   Courtroom 2 |

`

Ocwen submitted *Maddox v. Bank of New York Mellon Tr. Co., N.A.*, --- F.4th ---, 2021 WL 5347004 (2d Cir. Nov. 17, 2021), as supplemental authority in support of its motion for decertification. However, *Maddox* is factually inapposite and thus, irrelevant to the issues here. *Maddox* unremarkably confirms that for class members who have not suffered concrete injury, the risk of future harm is not enough for Article III standing under *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190 (2021). Because class members in this case had unlawful fees assessed on their accounts and paid those fees, causing them to suffer financial injury, they indisputably have met the requirements for Article III.

Maddox involved a New York state statute that provided that mortgage lenders who failed to record satisfactions of mortgage within thirty days of the borrower's repayment were liable for *statutory* damages, regardless of any actual damages suffered by the borrowers. *Maddox*, 2021 WL 5347004, at *1. In *Maddox*, the plaintiffs alleged that the bank failed to record a mortgage discharge for nearly a year after the plaintiffs' mortgage was paid off. The *Maddox* plaintiffs did not suffer any direct financial injury as a result of the bank's delay and instead, sued on behalf of a class seeking statutory damages alone. *Id*. As a result, the Second Circuit found that the plaintiffs did not have Article III standing. *Id*. at *5–7. The *Maddox* court recognized that had the plaintiffs alleged that any harms actually materialized (*e.g.*, that they had suffered reputational harm or had been denied credit due to a lower credit score), that may have been sufficient, but the plaintiffs did not do so. *Id*.

The differences between *Maddox* and this case are clear. First, unlike the plaintiffs in *Maddox*, Plaintiff here is not suing for statutory damages alone. Second, the plaintiffs in *Maddox* alleged speculative harms that never materialized, as they were never charged any fees and did not incur any expenses or debt. Here, in contrast, Ocwen charged all class members fees, which were paid by the "National Class" and the "California Paid Subclass," creating actionable debt for all class members, including the "California Assessed Subclass," thereby removing any argument that the harm is speculative.

Accordingly, to the extent that the Court considers *Maddox*, the differences between the speculative harm alleged there and the actual harm suffered by class members here only serve to underscore why Ocwen's motion for decertification must be denied. This case is not at all similar to *TransUnion*.

1  Dated: November 29, 2021                    BARON & BUDD, P.C.

2                                              By: /s/ Mark Pifko
                                                   Mark Pifko

3
                                               Daniel Alberstone (SBN 105275)
4                                              Roland Tellis (SBN 186269)
                                               Mark Pifko (SBN 228412)
5                                              Peter Klausner (SBN 271902)
                                               BARON & BUDD, P.C.
6                                              15910 Ventura Boulevard, Suite 1600
                                               Encino, California 91436
7                                              Telephone:    (818) 839-2333
                                               Facsimile:    (818) 986-9698
8
                                               Attorneys for Plaintiff
9                                              DAVID WEINER, individually, and on
                                               behalf of the certified class of other
10                                             members of the public similarly situated