Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:   (818) 839-2333
Facsimile:    (818) 986-9698

Attorneys for Plaintiff
DAVID WEINER, individually, and on behalf of the certified class of other members of the public similarly situated

Richard A. Jacobsen (State Bar No. 4282182)
(Pro Hac Vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000

Melinda L. Haag (State Bar No. 132612)
mhaag@paulweiss.com
Randall S. Luskey (State Bar No. 240915)
rluskey@ paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA  94105
Telephone: (628) 432-5100

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION and OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>        Plaintiff,<br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case Number:  2:14-cv-02597-DJC-DB<br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS IN CONNECTION WITH SETTLEMENT; ORDER GRANTING JOINT STIPULATION**<br><br>Judge:        Hon. Daniel J. Calabretta |

Plaintiff David Weiner, on behalf of himself and the proposed classes and sub-classes, and Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC, through their undersigned counsel, pursuant to E.D. Cal. Local Rule 160(b) and for good cause, hereby stipulate and agree to a modest 40-day extension of the deadline for filing the dispositional papers in connection with the parties' proposed classwide settlement.

WHEREAS, on October 11, 2023, the parties filed a Joint Notice of Settlement to inform the Court that they had reached an agreement in principle to resolve Plaintiff's claims against Defendants on a classwide basis, subject to documentation of a formal settlement agreement and Court approval. ECF 238.

WHEREAS, on October 11, 2023, the Court issued a Minute Order directing the parties to file dispositional documents necessary to conclude this action within twenty-one (21) days, or by November 1, 2023. ECF 239.

WHEREAS, Fed. R. Civ. P. 23(e)(1) provides that in connection with a class action settlement, "the parties must provide the court with information sufficient to enable it to determine whether to give notice of the proposal to the class." This generally includes the terms of the settlement, proposed class notice documents, and a motion seeking preliminary approval of the settlement.

WHEREAS, while the parties have reached agreement on the key terms of a proposed classwide settlement, they request additional time to prepare and execute a settlement agreement, and prepare class notice documents, and for Plaintiffs to prepare a motion for preliminary approval of the proposed settlement.

WHEREAS, E.D. Cal. Local Rule 160(b) provides that while "documents disposing of the action or motion must be filed . . . not be more than twenty-one (21) days from the date" the parties notify the Court of the proposed settlement," "[t]he Court may, on good cause shown, extend the time for filing the dispositional papers." Here, good cause exists for an extension. Specifically, the documentation of the settlement terms, Plaintiff's motion for preliminary approval, and the notice and claims administration issues in a class action settlement of this size and complexity requires additional time to finalize.

1  IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the parties that the Court extend the deadline for Plaintiff to file his motion for preliminary approval of the parties' proposed settlement to **December 11, 2023**, which is forty (40) days from the present deadline of November 1, 2023.

Dated: October 13, 2023

BARON & BUDD, P.C.

By: */s/ Roland Tellis*
      Roland Tellis

Daniel Alberstone (SBN 105275)
Roland Tellis (SBN 186269)
Mark Pifko (SBN 228412)
Peter Klausner (SBN 271902)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone:   (818) 839-2333
Facsimile:   (818) 986-9698

Attorneys for Plaintiff DAVID WEINER, individually, and on behalf of other members of the public similarly situated

|   |   |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 |   |
| 3 | By: /s/ Randall S. Luskey (as authorized on October 11, 2023) |
| 4 | Melinda L. Haag (State Bar No. 132612) |
| 5 | mhaag@paulweiss.com<br>Randall S. Luskey (State Bar No. 240915) |
| 6 | rluskey@ paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & |
| 7 | GARRISON LLP<br>535 Mission Street, 24th Floor |
| 8 | San Francisco, CA  94105<br>Telephone: (628) 432-5100 |
| 9 |   |
| 10 | Richard A. Jacobsen (State Bar No. 4282182) |
| 11 | (Pro Hac Vice)<br>rjacobsen@orrick.com |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street |
| 13 | New York, NY 10019-6142<br>Telephone: (212) 506-5000 |
| 14 |   |
| 15 | Attorneys for Defendants<br>OCWEN FINANCIAL CORPORATION and |
| 16 | OCWEN LOAN SERVICING, LLC |

**IT IS SO ORDERED**

Dated:  October 13, 2023          /s/ Daniel J. Calabretta
                                  _____
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE