Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:    (818) 839-2333
Facsimile:    (818) 986-9698

Attorneys for Plaintiff
DAVID WEINER, individually, and on behalf of the certified class of other members of the public similarly situated

Richard A. Jacobsen (State Bar No. 4282182)
(Pro Hac Vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000

Melinda L. Haag (State Bar No. 132612)
mhaag@paulweiss.com
Randall S. Luskey (State Bar No. 240915)
rluskey@ paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA  94105
Telephone: (628) 432-5100

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION and OCWEN LOAN SERVICING, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>    Plaintiff,<br>  vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case Number:  2:14-cv-02597-DJC-DB<br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS IN CONNECTION WITH SETTLEMENT; ORDER GRANTING JOINT STIPULATION**<br><br>Judge:   Hon. Daniel J. Calabretta<br><br><br>Current Deadline: December 11, 2023<br>Proposed Deadline: December 18, 2023 |

Plaintiff David Weiner, on behalf of himself and the proposed classes and sub-classes, and Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC, through their undersigned counsel, pursuant to E.D. Cal. Local Rule 160(b) and for good cause, hereby stipulate and agree to a brief 7-day extension of the deadline for filing the dispositional papers in connection with the parties' proposed classwide settlement.

WHEREAS, on October 11, 2023, the parties filed a Joint Notice of Settlement to inform the Court that they had reached an agreement in principle to resolve Plaintiff's claims against Defendants on a classwide basis, subject to documentation of a formal settlement agreement and Court approval. ECF 238.

WHEREAS, on October 16, 2023, the Court issued an Order granting the parties' request to file dispositional documents on December 11, 2023. ECF 241.

WHEREAS, while the parties have made substantial progress on a settlement agreement and related class notice documents, they request a brief 7-day extension to December 18, 2023, to execute a settlement agreement, finalize the class notice documents, and for Plaintiff to file a motion for preliminary approval of the proposed settlement.

WHEREAS, pursuant to E.D. Cal. Local Rule 160(b), good cause exists for the brief extension. Specifically, the documentation of the settlement terms, Plaintiff's motion for preliminary approval, and the notice and claims administration issues in a class action settlement of this size and complexity requires additional time to finalize.

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the parties that the Court extend the deadline for Plaintiff to file his motion for preliminary approval of the parties' proposed settlement to December 18, 2023.

Dated: December 7, 2023

BARON & BUDD, P.C.

By: /s/ Roland Tellis
    Roland Tellis

Daniel Alberstone (SBN 105275)
Roland Tellis (SBN 186269)
Mark Pifko (SBN 228412)
Peter Klausner (SBN 271902)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone:   (818) 839-2333
Facsimile:     (818) 986-9698

Attorneys for Plaintiff DAVID WEINER, individually, and on behalf of other members of the public similarly situated

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Randall S. Luskey (as authorized on December 7, 2023)

Melinda L. Haag (State Bar No. 132612)
mhaag@paulweiss.com
Randall S. Luskey (State Bar No. 240915)
rluskey@ paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA  94105
Telephone: (628) 432-5100

Richard A. Jacobsen (State Bar No. 4282182)
(Pro Hac Vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION and
OCWEN LOAN SERVICING, LLC

**IT IS SO ORDERED.**

Dated: December 8, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE