Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:     (818) 839-2333
Facsimile:      (818) 986-9698

Attorneys for Plaintiff
DAVID WEINER, individually, and on behalf of the certified class of other members of the public similarly situated

Richard A. Jacobsen (State Bar No. 4282182)
(Pro Hac Vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000

Melinda L. Haag (State Bar No. 132612)
mhaag@paulweiss.com
Randall S. Luskey (State Bar No. 240915)
rluskey@ paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA  94105
Telephone: (628) 432-5100

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION and OCWEN LOAN SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEINER, individually, and on behalf of other members of the public similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case Number:  2:14-cv-02597-DJC-DB<br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hon. Daniel J. Calabretta<br><br>Old Date:       September 5, 2024<br>New Date:     September 19, 2024<br>Time:            1:30 p.m.<br>Location:       Courtroom 10 |

Case No. 2:14-cv-02597-TLN-DB
JOINT STIPULATION CONTINUING HEARING DATE

Plaintiff David Weiner ("Plaintiff") and Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC (collectively, "Ocwen"), by and through their respective counsel of record, hereby stipulate and agree that, based on the Court's unavailability, the hearing date for (1) Plaintiff's motion for final approval of class action settlement and (2) Plaintiff's motion for attorneys' fees and costs is continued from September 5, 2024 to September 19, 2024 at 1:30 p.m.  All other related dates remain the same.

Dated:  June 3, 2024

BARON & BUDD, P.C.

By: /s/ *Roland Tellis*
Roland Tellis

Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
Baron & Budd, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:     (818) 839-2333
Facsimile:     (818) 986-9698

Attorneys for Plaintiff
DAVID WEINER, individually, and on behalf of the certified class of other members of the public similarly situated

Dated: June 3, 2024

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Randall S. Luskey*
Randall L. Luskey

Melinda L. Haag (State Bar No. 132612)
mhaag@paulweiss.com
Randall S. Luskey (State Bar No. 240915)
rluskey@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

Richard A. Jacobsen (State Bar No. 4282182)
(Pro Hac Vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION and
OCWEN LOAN SERVICING, LLC

**IT IS SO ORDERED.**

Dated: June 4, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE